## Important Privacy Notice

Federal Rule of Civil Procedure 5.2 prohibits litigants in a non-habeas proceeding from submitting documents that contain personal information. Unless the Court orders otherwise, personal identifying information in Court filings must be limited as follows:

• Social security numbers, taxpayer-identification numbers, and financial **account numbers must include only the last four digits** (e.g., xxx-xx-1234)

• Birth dates must **include the year of birth only** (e.g., xx/xx/2000)

• Names of persons under the age of 18 must be indicated by **initials only** (e.g., A.B.)

You are responsible for protecting the privacy of this information in your filings. If your documents, including attachments, contain any information that does not comply with this rule, please black out that information before sending your documents to the Court.

## FORM 3 – MOTION TO PROCEED IN FORMA PAUPERIS ("IFP")

In order for the complaint to be filed, it must be accompanied by the filing fee of $350 plus a $52.00 Administrative Fee.   If you are unable to pay the filing fee, you must file Form 3 – Motion to Proceed In Form Pauperis with the complaint.   On Form 3, you must provide an explanation for why you are unable to pay the filing fee.   For example: "I am unemployed and have no money except unemployment compensation."   Or: "I earn $____ a week and must support a family of ____."

The judge assigned to your case will decide whether to grant you permission to file your case in forma pauperis.   If the judge grants you permission to proceed in forma pauperis, then the U.S. Marshal's Office will serve copies of your complaint on the defendant(s).   Therefore, you must give the correct name and address of each defendant.

If the judge does not grant permission to proceed in forma pauperis, then you must pay the $350 filing fee.   You then must arrange to serve the complaint on the defendant(s).   The U.S. Marshal's Office will **not** automatically serve the complaint for you if you are not granted in forma pauperis status.

## FORM 4 – REQUEST FOR APPOINTMENT OF ATTORNEY

If you desire to have an attorney and believe you are entitled to have one appointed, you should file Form 4 – Request for Appointment of Attorney.   Attorneys are selected from the Plaintiff's Employment Panel, as outlined in the enclosed Program Description.   Please read this enclosure carefully.

You may obtain a copy of your investigative file.   Federal employees may do so from the federal agency involved by calling that agency.   Other employees can obtain a copy from the Equal Employment Opportunity Commission (EEOC) by writing to:

> Fredricka Warren
> Christine Spriggs
> EEOC, Information Specialists
> 801 Market Street, Suite 1300
> Philadelphia, PA 19107

When you have completed your forms, may be filed using the EDS system on the website https://www.paed.uscourts.gov/pro-se/pro-se-eds, bring them in person or mail them to:

> Clerk of Court
> United States District Court
> 601 Market Street, Room 2609
> Philadelphia, PA 19106-1797

*[handwritten: I'm praying I did this right. I had a stroke + I have no Attorney]*

If you have any questions, you may call the Clerk's Office at (215) 597-7704 and ask for the Pro Se Writ Clerk.

**NOTE:** You should keep a copy of the forms that you file for your records.

## UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

Caption:

_Robin Garner-Torres_
_Municipal Guard_

_Full name(s) of Plaintiff(s)_

v.

_City of Philadelphia._
_Free Library Philadelphia_

_Full name(s) of Defendant(s)_

**COMPLAINT
FOR EMPLOYMENT
DISCRIMINATION**

CIVIL ACTION
NO._____

This action is brought for discrimination in employment pursuant to (check only those that apply):

✓ Title VII of the Civil Rights Act of 1964, as codified, 42 U.S.C. §§ 2000e to 2000e-17 (race, color, gender, religion, national origin).
*NOTE: In order to bring suit in federal district court under Title VII, you must first obtain a Notice of Right to Sue Letter from the Equal Employment Opportunity Commission.*

___ Age Discrimination in Employment Act of 1967, as codified, 29 U.S.C. §§ 621-634.
*NOTE: In order to bring suit in federal district court under the Age Discrimination in Employment Act, you must first file a charge with the Equal Employment Opportunity Commission, and you must have been at least 40 years old at the time you believe that you were discriminated against.*

✓ Americans with Disability Act of 1990, as codified, 42 U.S.C. §§ 12112-12117.
*NOTE: In order to bring suit in federal district court under the Americans with Disabilities Act, you must first obtain a Notice of Right to Sue Letter from the Equal Employment Opportunity Commission.*

✓ Pennsylvania Human Relations Act, as codified, 43 Pa. Cons. Stat. §§ 951-963 (race, color, family status, religious creed, ancestry, handicap or disability, age, sex, national origin, the use of a guide or support animal because of blindness, deafness or physical handicap of the user or because the user is a handler or trainer of support or guide animals).

(Rev. 10/2009)

-1-

*NOTE: In order to bring suit in federal district court under the Pennsylvania Human Relations Act, you must first file a complaint with the Pennsylvania Human Relations Commission or the Philadelphia Commission on Human Relations, and then you must wait one year prior to filing a lawsuit.*

**I.     Parties in this complaint:**

A.     List your name, address and telephone number.   Do the same for any additional plaintiffs named.   Attach additional sheets of paper as necessary.

Plaintiff     Name: Robin Garner Torres
Street Address: 6003 Tulip Street
County, City: Philadelphia
State & Zip: PA 19135
Telephone Number: 267 343 4275

B.     List all defendants' names and the address where each defendant may be served.   Make sure that the defendant(s) listed below are identical to those contained in the caption on the first page.   Attach additional sheets of paper as necessary.

Defendant     Name: Donyale D Henderson H.R. Manager
Street Address: 1401 Vine Street
County, City: Philadephia, PA
State & Zip: PA 19103
Telephone Number: 833 - 825 - 5357

C.     The address at which I sought employment or was employed by the defendant(s) is:

Employer: City of Philadelphia
Street Address: 1901 Vine Street
County, City: Philadephia
State & Zip: PA 19103
Telephone Number: 833 845 5357

**II.     Statement of the Claim**

A.     The discriminatory conduct of which I complain in this action includes (*check only those that apply to your case*):

_____ Failure to hire me

_____ Termination of my employment

✓ Failure to promote me

*NOTE: In order to bring suit in federal district court under the Pennsylvania Human Relations Act, you must first file a complaint with the Pennsylvania Human Relations Commission or the Philadelphia Commission on Human Relations, and then you must wait one year prior to filing a lawsuit.*

I.    **Parties in this complaint:**

A.    List your name, address and telephone number.   Do the same for any additional plaintiffs named.   Attach additional sheets of paper as necessary.

Plaintiff      Name: Robin Garner Torres
               Street Address: 6005 Tulip Street
               County, City: Philadelphia
               State & Zip: PA 19103
               Telephone Number: 267-343-4275

B.    List all defendants' names and the address where each defendant may be served.   Make sure that the defendant(s) listed below are identical to those contained in the caption on the first page.   Attach additional sheets of paper as necessary.

Defendant      Name: Guy Sims, DEI officer
               Street Address: 1901 Vine Street
               County, City: Philadelphia
               State & Zip: PA 19103
               Telephone Number: 833-825 5357

C.    The address at which I sought employment or was employed by the defendant(s) is:

               Employer: City of Philadelphia
               Street Address: 1901 Vine Street
               County, City: Philadelphia
               State & Zip: PA 19103
               Telephone Number: 833-825-5357

II.   **Statement of the Claim**

A.    The discriminatory conduct of which I complain in this action includes (*check only those that apply to your case*):

_____    Failure to hire me

_____    Termination of my employment

_____    Failure to promote me

-2-

*NOTE: In order to bring suit in federal district court under the Pennsylvania Human Relations Act, you must first file a complaint with the Pennsylvania Human Relations Commission or the Philadelphia Commission on Human Relations, and then you must wait one year prior to filing a lawsuit.*

I.    **Parties in this complaint:**

A.    List your name, address and telephone number.   Do the same for any additional plaintiffs named.   Attach additional sheets of paper as necessary.

Plaintiff     Name: Robin Garner Torres
Street Address: 6005 Tulip Street
County, City: Philadelphia
State & Zip: PA 19135
Telephone Number: 267 343 4275

B.    List all defendants' names and the address where each defendant may be served.   Make sure that the defendant(s) listed below are identical to those contained in the caption on the first page.   Attach additional sheets of paper as necessary.

Defendant     Name: Tracey Delaney H.R. Safety
Street Address: 1901 Vine Street
County, City: Philadelphia
State & Zip: PA 19103
Telephone Number: 833 825 5357

C.    The address at which I sought employment or was employed by the defendant(s) is:

Employer: City of Philadelphia
Street Address: 1901 Vine Street
County, City: Philadelphia
State & Zip: PA 19103
Telephone Number: 833 825 5357

II.    **Statement of the Claim**

A.    The discriminatory conduct of which I complain in this action includes (*check only those that apply to your case*):

\_\_\_\_    Failure to hire me

\_\_\_\_    Termination of my employment

\_\_\_\_    Failure to promote me

-2-

_✓_ Failure to reasonably accommodate my disability

____ Failure to reasonably accommodate my religion

_✓_ Failure to stop harassment

_✓_ Unequal terms and conditions of my employment

_✓_ Retaliation

_✓_ Other (*specify*): H.R. Manager joined the harassment.

**NOTE:** *Only those grounds raised in the charge filed with the Equal Employment Opportunity Commission can be considered by the federal district court.*

B.    It is my best recollection that the alleged discriminatory acts occurred or began on or about: (month) April , (day) 4th , (year) 2022 .

C.    I believe that the defendant(s) (check one):

_✓_    is still committing these acts against me.

____    is **not** still committing these acts against me.

D.    Defendant(s) discriminated against me based on my (*check only those that apply and state the basis for discrimination, for example, what is your religion, if religious discrimination is alleged*):

____    race _____        ____    color _____

____    religion _____        ____    gender/sex _____

____    national origin _____

____    age    My date of birth is _____ (*Give your date of birth only if you are asserting a claim of age discrimination*)

E.    The facts of my case are as follow (*attach additional sheets of paper as necessary*):

Donyale D Henderson H.R. manager declined doctors recommendations for relief due to my work injuries. She also declined my request for temporary relief from the staff harassment and discrimination towards at my work location once i made her aware of how the hostile situation impacted my heart and asthma disability which was documented during my physical-hiring process. Please see PHRC Filing

-3-

✓    Failure to reasonably accommodate my disability

___    Failure to reasonably accommodate my religion

✓    Failure to stop harassment

✓    Unequal terms and conditions of my employment

✓    Retaliation

✓    Other (specify): _Practicing Nepotism to Cover H.R._
_and Discriminating, Hostile Staff and Leadership @ Branch_

**NOTE:** *Only those grounds raised in the charge filed with the Equal Employment Opportunity Commission can be considered by the federal district court.*

B.    It is my best recollection that the alleged discriminatory acts occurred or began on or about: (month) _April_, (day) _4th_, (year) _2022_.

C.    I believe that the defendant(s) (check one):

     ✓    is still committing these acts against me.

     ___    is **not** still committing these acts against me.

D.    Defendant(s) discriminated against me based on my (*check only those that apply and state the basis for discrimination, for example, what is your religion, if religious discrimination is alleged*):

     ___ race _____      ___ color _____

     ___ religion _____      ___ gender/sex _____

     ___ national origin _____

     ___ age    My date of birth is _____ (*Give your date of birth only if you are asserting a claim of age discrimination*)

E.    The facts of my case are as follow (*attach additional sheets of paper as necessary*):

_Mr. Guy Sims visited my work location had a brief meeting with my branch Manager who helped the harassment and actully permitted it and Sanctioned it by setting up a Staff meeting When I returned to work on April 4th 2022 that morning and I was excluded from being apart of the meeting which was led by Jason Glover who I Constantly Complaind about Stalking me and had a problem with me not wanting to be groomed by him for his hidden agenda of needing attention from women and harass those who stay away from him._

-3-

___✓___ Failure to reasonably accommodate my disability

___✓___ Failure to reasonably accommodate my religion

___✓___ Failure to stop harassment

___✓___ Unequal terms and conditions of my employment

___✓___ Retaliation

___✓___ Other (specify): _Announced to everyone that I was working another position for the City. Just to make it look like They Accommodate me for 4/4/2022. I have been home since 6/8/2022 I.O.D._

**NOTE:** *Only those grounds raised in the charge filed with the Equal Employment Opportunity Commission can be considered by the federal district court.*

B.    It is my best recollection that the alleged discriminatory acts occurred or began on or about: (month)_December_, (day)_22nd_, (year)_2024_.

C.    I believe that the defendant(s) (check one):

___✓___ is still committing these acts against me.
_____ is **not** still committing these acts against me.

D.    Defendant(s) discriminated against me based on my (*check only those that apply and state the basis for discrimination, for example, what is your religion, if religious discrimination is alleged*):

_____ race _____          _____ color _____

_____ religion _____          _____ gender/sex _____

_____ national origin _____

_____ age    My date of birth is _____ (*Give your date of birth only if you are asserting a claim of age discrimination*)

E.    The facts of my case are as follow (*attach additional sheets of paper as necessary*):

_Ms Tracey Delaney recieved my Regulation 32 determination letter the 1st week of December 2023 for the purpose of nitification to release me from the library position as a municipal Guard who could no longer work that position and Robin Garner Torres was deemed permanently + totally disabled and accepted the Regulation 32 program conditions. Ms Tracey Delaney failed to release me right away and untilized my Reg 32 Instruction letter for self serving purposes to munipulate and Prevent my fact finding hearing from happing and delayed my release from the Cree library._

-3-

NOTE: *As additional support for the facts of your claim, you may attach to this complaint a copy of your charge filed with the Equal Employment Opportunity Commission, the Pennsylvania Human Relations Commission, or the Philadelphia Commission on Human Relations.*

**III.    Exhaustion of Administrative Remedies:**

A.    It is my best recollection that I filed a charge with the Equal Employment Opportunity Commission or my Equal Employment Opportunity counselor regarding the defendant's alleged discriminatory conduct on: __2/14/2024__ (*Date*).

B.    The Equal Employment Opportunity Commission (*check one*):

____    has not issued a Notice of Right to Sue Letter.
_✓_    issued a Notice of Right to Sue Letter, which I received on _3/25/24_(*Date*).

NOTE: *Attach to this complaint a copy of the Notice of Right to Sue Letter from the Equal Employment Opportunity Commission.*

C.    *Only plaintiffs alleging age discrimination must answer this question.*

Since filing my charge of age discrimination with the Equal Employment Opportunity Commission regarding defendant's alleged discriminatory conduct (*check one*):

____    60 days or more have passed.
____    fewer than 60 days have passed.

D.    It is my best recollection that I filed a charge with the Pennsylvania Human Relations Commission or the Philadelphia Commission on Human Relations regarding the defendant's alleged discriminatory conduct on: _____ (*Date*).

E.    Since filing my charge of discrimination with the Pennsylvania Human Relations Commission or the Philadelphia Commission on Human Relations regarding the defendant's alleged discriminatory conduct (*check one*):

____    One year or more has passed.
_✓_    Less than one year has passed.

## IV.    Relief

WHEREFORE, Plaintiff prays that the Court grant such relief as may be appropriate, including injunctive orders, damages, and costs as well as (*check only those that apply*):

_____    Direct the defendant to hire the plaintiff.

_____    Direct the defendant to re-employ the plaintiff.

_____    Direct the defendant to promote the plaintiff.

_____    Direct the defendant to reasonably accommodate the plaintiff's disabilities.

_____    Direct the defendant to reasonably accommodate the plaintiff's religion.

_____    Direct the defendant to (*specify*): *Make Sure they bring in Speakers who were Harmed by discrimination and neptism and how unhealthy it is.*

✓    If available, grant the plaintiff appropriate injunctive relief, lost wages, liquidated/double damages, front pay, compensatory damages, punitive damages, prejudgment interest, post-judgment interest, and costs, including reasonable attorney fees and expert witness fees.

✓    Other (*specify*): *H.Q. Staff abuse of authority + deferential treatment*


**I declare under penalty of perjury that the foregoing is true and correct.**

Signed this 20ᵗʰ day of June , 20 24

Signature of Plaintiff _____

Address _6005 Tulip Street_

_Philadelphia PA 19135_

_____

Telephone number _267 343 4275_

Fax number (*if you have one*) _N/A_

-5-



**$9.85**   06/22/24
4165220182-23

## PRIORITY MAIL®

PRIORITY® MAIL

0 Lb 5.90 Oz

**RDC 03**

EXPECTED DELIVERY DAY:   06/24/24

JUN 2 4 2024    C019

SHIP
TO:


RM 2609
601 MARKET ST
PHILADELPHIA PA 19106-1732

### USPS TRACKING® #



9505 5154 4177 4174 0938 72



FL
ONE

PS00001000014

EP14F July 2022
OD: 12 1/2 x 9 1/2



schedule free Package Pickup,
scan the QR code.

USPS.COM/PICKUP

FROM: Robin Garnez Torres
6005 Tulip Street
Philadelphia PA 19135

TO: Clerk of Court
United States District
Court.

601 Market St. Rm 2609
Phila, PA 19106-1797

This package is made from post-consumer waste. Please recycle - again.

This packaging is the property of the U.S. Postal Service® and is provided solely for use in sending Priority Mail® and Priority Mail International® shipments. Misuses may be a violation of federal law. This package is not for resale. EP14F © U.S. Postal Service; July 2022; All rights reserved.